# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00186-CV

**Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton, Attorney General of the State of Texas, Appellants**

**v.**

**Statewide Materials Transport, Ltd., Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
NO. D-1-GN-12-003920, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

On December 8, 2015, appellants filed an unopposed motion informing this Court that the parties have reached an agreement to resolve the matter through settlement, and requesting that we abate this appeal for sixty days so that they can finalize the terms of the proposed settlement. We will abate the appeal until February 16, 2016. If the parties have finalized a settlement by February 16, 2016, they are instructed to file a motion to reinstate and dismiss the appeal in accordance with the settlement agreement. If the parties have not finalized the settlement by February 16, 2016, they are instructed to file a report informing this Court as to the status of the appeal and, if necessary, requesting an extension of the abatement.

Before Chief Justice Rose, Justices Pemberton and Field

Abated

Filed:   December 16, 2015